UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. C-04-127 |
| | § | |
| JESSE ISRAEL CASIANO, | § | |
| | § | |
| Defendant. | § | |

## ORDER STRIKING PLEADING(S)

The Clerk has filed your <u>Motion to Substitute Attorney (D.E. #57)                    </u>, however, it is deficient in the area(s) checked below:

1. ___ Pleading is not signed. (LR 11.3)

2. ___ Pleading is not in compliance with LR 11.3.A.

3. ___ Caption of the pleading is incomplete. (LR 10.1)

4. ___ No certificate of service or explanation why service is not required. (CrLR12.4)

5. ___ No statement regarding conference with opposing counsel. (CrLR12.2)

6. ___ Separate proposed order not attached. (CrLR12.2)

7. ___ Motion to consolidate is not in compliance with LR 7.6.

8. _X_ Other: **Heading labeled "McAllen" Division;**
   **Motion not in compliance with Court's Order Regarding Cases Assigned to**
   **Janis Graham Jack, U.S. District Judge**

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

SIGNED this 15th day of October, 2007.

_____
Janis Graham Jack
United States District Judge